1782.

## Respublica *versus* Shryber *et al.*

FORCIBLE ENTRY.—In this cafe it was refolved, on folemn argument, that *title* could not be given in evidence by the defendant to prevent reftitution. 8 *H.* 6 *ch,* 9. 1 *Burn's Juft.* 411. *fec.* 3.

And M'KEAN *C. J.* ruled that the wife of the profecutor might be examined as a witnefs to prove the *force*, but only the *force;* for, otherwife, the ftatutes might be eluded in fome cafes.

## The fame Caufe.

LEWIS moved in arreft of judgment, on two grounds: 1ft. For that the indictment ftated, " that the profecutor was *feized* in his demefne as of fee," without faying when he was feized; fo that it might be he was feized at the time of the indictment found, and not at the time of the forcible entry.—2d. For that the indictment ftated " that he was *feized* in his demefne as of fee," and " his peaceable *poffeffion* thereof as aforefaid continued until &c." which is repugnant and inconfiftent, in as much as he could not be both *feized* and *poffeffed* at the fame time.

But THE COURT over-ruled both objections: And M'KEAN *C. J.* faid, that the words, " his peaceable poffeffion thereof as aforefaid," were furplufage and ought to be rejected.*

## Shrider's *Leffee verfus* Nargan.

IN this caufe, M'KEAN *C. J.* faid, that he had ruled it in a cafe at *Lancafter*, that the leffor of the plaintiff fhall not be obliged to fhew his title further back, than from the perfon who laft died feized, firft fhewing the eftate to be out of the Proprietaries, or the commonwealth.

It was objected by *Lewis* and *Clymer*, that a fheriff's deed of fale of lands, under a writ of *venditioni exponas*, not being recorded in the Rolls Office, according to the Act of Affembly of 1774, could not be read in evidence.—*Sed non allocatur :* Becaufe it was acknow-

* See 1 *Inft.* 303. 4.

ledged